MATTHEW J. RUGGLES (SBN 173052)
**RUGGLES LAW FIRM**
7940 CALIFORNIA AVENUE
FAIR OAKS, CA 95628
TEL: (916) 758-8058
FAX: (916) 758-8048
mruggles@ruggleslawfirm.com

ATTORNEY FOR PLAINTIFF
JOHN HATZIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HATZIS,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:17-CV-01645-JAM-KJN<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>[FRCP 15(a)(2)] |

---

1 – STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff JOHN HATZIS and Defendants FEDEX GROUND PACKAGE SYSTEM, INC., and GARY JORDAN, by and through their attorneys of records, hereby stipulate and agree as follows:

1. On August 15, 2017, Defendants filed a Motion to Dismiss the Complaint [Docket No. 5] pursuant to FRCP 12(b)(6), which initially was set for hearing on October 17, 2017;

2. On October 3, 2017, the District Court issued a minute order [Docket No. 7] dismissing Defendants' Motion to Dismiss, without prejudice;

3. After receiving the District Court's October 3, 2017 minute order, counsel for both parties met and conferred regarding the alleged issues identified in Defendants' Motion to Dismiss the Complaint.

4. Plaintiff's counsel proposed a First Amended Complaint (attached hereto as Exhibit A) to counsel for Defendants that Plaintiff's counsel contends addresses the issues identified in Defendants' Motion to Dismiss the Complaint.

5. After reviewing the proposed First Amended Complaint, counsel for Defendants agreed that Plaintiff JOHN HATZIS may file the First Amended Complaint with the District Court.

6. Defendants shall have thirty (30) days from the filing and service of the First Amended Complaint to file a responsive pleading to the First Amended Complaint

///

///

///

Accordingly, the parties stipulate and request an order from the District Court permitting Plaintiff JOHN HATZIS to file the First Amended Complaint pursuant to FRCP 15(a)(2).

**IT IS SO STIPULATED.**

DATED: November 22, 2017           RUGGLES LAW FIRM


By: /s/ *Matthew J. Ruggles*
  MATTHEW J. RUGGLES
  Attorney for Plaintiff
  JOHN HATZIS


DATED: November 22, 2017           SCHIFF HARDIN LLP


By: /s/ William J. Carroll (authorized 11/22/2017)
  WILLIAM J. CARROLL
  MATTHEW W. CALLAHAN
  Attorney for Defendants
  FEDEX GROUND PACKAGE SYSTEM, INC. and GARY JORDAN

**IT IS SO ORDERED.**

DATED: November 28, 2017           **/s/ JOHN A. MENDEZ**
                                    UNITED STATES DISTRICT COURT JUDGE